BENZ AUTO IMPORT CO. OF AMERICA, Appellant, v. FROELICH, Respondent. (Supreme Court, Appellate Division, First Depart-

ment. February 20, 1914.) Action by the Benz Auto Import Company of America against Jesse Froelich. C. Oakes, of New York City, for appellant. J. S. Epstein, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.